In re petition of H. P. Vicborn, appellee, v. Dealers Securities Corporation, appellant. Gen. No. 30,743.

Petition for release from arrest under *capias ad satisfaciendum*. Order of release. Appeal from the County Court of Cook county; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the second

division of this court for the first district at the October term, 1925.
Reversed. Opinion filed May 25, 1926.

Edward I. Rothbart and Wharton Plummer, for appellant. Baker,
Holder & Schmidt, for appellee.

Mr. Justice Fitch delivered the opinion of the court.